# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONIQUE EAGLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN G. RUSSELL and GINA R. RUSSELL, husband and wife, and the marital community composed thereof,<br><br>    Defendants. | **Case No: 19-cv-00484-BJR**<br><br>**STIPULATION AND ORDER OF REMAND TO WHATCOM COUNTY SUPERIOR COURT** |

## I – STIPULATION

COME NOW PLAINTIFF AND DEFENDANTS, and hereby stipulate as follows:

This matter, removed to federal court on April 2, 2019, should be remanded to the Whatcom County Superior Court, wherein the Whatcom County Superior Court shall determine all issues of fact and law.

Dated this 11th day of April, 2019.

By: *s/ Douglas R. Shepherd*  
Douglas R. Shepherd, WSBA #9514  
2011 Young Street, Suite 202  
Bellingham, WA 98225  
Telephone: 360-733-3773  
Facsimile: 360-647-9060  
E-mail: dougshepherd@saalawoffice.com  
Of Attorneys for Defendants Russells

*By: s/ Nicholas Fay*  
Nicholas Fay, WSBA #47603  
114 W. Magnolia, Suite 302  
Bellingham, WA 98225  
Telephone: 360-392-2855  
Email: nick@kulshanlaw.com  
Of Attorneys for Plaintiff Eagle

## II - ORDER

BASED UPON THE FOREGOING STIPULATION, it is hereby ordered, adjudged and decreed that:

This matter is hereby remanded to the Whatcom County Superior Court to determine all issues of fact and law.

DATED this 15th day of April 2019.

_____  
HONORABLE BARBARA J. ROTHSTEIN